FILED

2018 JUN -4 PM 1: 35



1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,

9              Plaintiff,

10  v.

11

12  Reynaldo QUINTANAR-Montejano (1),
Veronica SAMANIEGO (2)
13

14              Defendants.

15

Case No.  '18 MJ8 945

COMPLAINT FOR VIOLATION OF

Title 8, U.S.C., Section
1324(a)(1)(A)(ii) Transportation of
Illegal Aliens (Felony)

16
17      The undersigned complainant being duly sworn states:

18      On or about June 4, 2018, within the Southern District of California, defendants

19  Reynaldo QUINTANAR-Montejano, and Veronica SAMANIEGO, with the intent to

20
21  violate the immigration laws of the United States, knowing and in reckless disregard of the

22  fact that aliens,

23              Jose Maria GARCIA-Vega, and

24
25              Pedro HERNANDEZ-Rios,

26

27  had come to, entered and remained in the United States in violation of law, did transport
28
and move, or attempt to transport and move, said aliens within the United States in

1    furtherance of such violation of law; in violation of Title 8, United States Code, Section

2    1324.

3    And the complainant states this complaint is based on the Statement of Facts, which is

5    incorporated herein by reference.

8    FRANK MORAGA

9    BORDER PATROL AGENT

10

11    SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 4th DAY

12    OF JUNE 2018.

14    HON. PETER C. LEWIS

15    U.S. MAGISTRATE JUDGE

2

UNITED STATES OF AMERICA

v.

Reynaldo QUNTANAR-Montejano (1),

Veronica SAMANIEGO (2)

## STATEMENT OF FACTS

The complainant states that this complaint is based upon statements in investigative reports by Border Patrol Agent (BPA) R. Vega, that on June 4, 2018, Reynaldo QUINTANAR-Montejano (QUINTANAR) and Veronica SAMANIEGO (SAMANIEGO), United States Citizens, were arrested near Westmorland, California, while smuggling two undocumented aliens in violation of Title 8, United States Code, Section 1324.

On June 4, 2018 at approximately 3:15 a.m., while performing primary inspections at the United States Border Patrol Highway 86 Checkpoint, BPA E. Ruiz observed a white Semi Truck (Semi) approach his location. BPA Ruiz signaled for the driver, later identified as QUINTANAR, to stop for an immigration inspection. BPA Ruiz identified himself as a BPA and asked QUINTANAR his citizenship. BPA Ruiz ascertained that QUINTANAR is a United States citizen. BPA Ruiz also ascertained that the passenger, who was identified as SAMANIEGO, is a United State citizen.

BPA R. Vega conducted an exterior canine sniff around the Semi. BPA Vega's service canine partner alerted to the right side of the driver's door. BPA Vega then asked BPA Ruiz to refer the Semi into Secondary Inspection for a further search. At Secondary Inspection, BPA Vega identified himself as a BPA to QUINTANAR. QUINTANAR informed BPA Vega that he is the owner-operator of the Semi. When BPA Vega asked

3

1   QUINTANAR whether there were other passengers in the Semi, QUINANAR responded

2   "just my girlfriend," referring to SAMANIEGO.  BPA Vega instructed SAMANIEGO to

3   sit with QUINTANAR at the secondary waiting area.

4

5   QUINTANAR consented to allow BPA Vega to conduct a search of the Semi.

6   BPA Vega returned to the Semi and performed a second search of the Semi using his

7   canine service partner.  The canine service partner again alerted to the driver's door.

8   After requesting the assistance of other agents, BPA Vega entered the Semi cab through

9

10  the driver's side door and saw two males laying on the bed with their eyes closed.  BPA

11  Vega asked the males to identifying themselves and their country of origin, but they did

12

13  not move or respond.  BPA Vega then instructed the males to leave the Semi, and they

14  exited the truck cab and were transported inside the checkpoint for further investigation.

15  The two males inside the cab were later identified as:

16

17  Jose Maria GARCIA-Vega (GARCIA), and

18  Pedro HERNANDEZ-Rios  (HERNANDEZ).

19

20  BPAs determined that both GARCIA and HERNANDEZ are citizens of Mexico,

21  and do not possess the proper documentation to enter, work, or reside in the United States

22

23  legally.

24  QUINTANAR was read his rights under *Miranda*, and he elected to waive his

25  rights and speak with agents.  QUINTANAR denied knowing that GARCIA and

26

27  HERNANDEZ were inside his Semi while he was operating it. SAMANIEGO was also

28  read her rights under *Miranda*, and she also elected to waive her rights and speak with

4

agents. SAMANIEGO also denied knowing that GARCIA and HERNANDEZ were inside the truck. SAMANIEGO stated, however, that QUINTANAR has in the recent past boasted of getting paid for performing illicit smuggling activities, including but not limited to transporting illegal aliens. SAMANIEGO stated that at one time QUINTANAR claimed he would be paid $1,000 per illegal alien that he successfully transported.

Material Witness HERNANDEZ was interviewed by agents. He stated that he crossed from Mexico to the United States one week ago. After he crossed the international border fence, a white vehicle picked him up and transported him to a house approximately half an hour from the crossing location. HERNANDEZ said he was accompanied by Material Witness GARCIA at the house. Later, an unknown individual transported him to a gas station, where SAMANIEGO placed him into the Semi. HERNANDEZ stated that QUINTANAR was present when he was placed into the Semi. HERNANDEZ was shown a six pack photo line-up, and he identified the driver as QUINTANAR, and the passenger as SAMANIEGO.

Material Witness GARCIA was interviewed by agents. He stated that he crossed from Mexico to the United States one week ago, and that after he crossed the international border fence, a taxi picked him up and transported him to a house about a half hour from the crossing location. GARCIA stated that he was accompanied by HERNANDEZ at the house. GARCIA stated that later, an unknown individual transported him to a gas station, and when they arrived, the individual instructed him to

1  enter and wait in the Semi.  GARCIA was shown a six-pack photo line-up, and from that

2  line-up he was able to identify QUINTANAR as the driver, and SAMANIEGO as the

3  passenger of the Semi.

4

5     The complainant states the names of the Material Witnesses are as follows:

6

| NAME | PLACE OF BIRTH |
|------|----------------|
| Jose Maria GARCIA-Vega | Mexico |
| Pedro HERNANDEZ-Rios | Mexico |

7

8

9

10

11

12

13

14     Further, complainant states that Material Witnesses are citizens of a country other

15  than the United States; that said aliens have admitted that they are deportable; that their

16

17  testimony is material; that it is impracticable to secure their attendance at trial by subpoena;

18  and they are material witnesses in relation to this criminal charge and should be held or

19  admitted to bail pursuant to Title 18, United States Code, Section 3144.

20

21

22

23

24

25

26

27

28